UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**AMY STORY, individually, and on behalf of all others similarly situated; CHRISTOPHER M. SOTIR, individually, and on behalf of all others similarly situated; JENNY LEA RANDALL, individually, and on behalf of all others similarly situated,**
       **Plaintiffs,**

vs.                                             1:18-CV-764 (MAD/DJS)

**SEFCU,**
       **Defendant.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' unopposed motion for certification of the settlement class, final approval of the class action settlement, approval of service awards, and approval of attorneys' fees and costs (Dkt. No. 74) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Plaintiffs' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 25th day of February, 2021.

DATED: February 25, 2021

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk